# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MYERS, | ) |
| | ) Case No. 14 C 4136 |
| | ) |
| | ) JUDGE THARP |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| CITY OF CHICAGO, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

Attorney Scott Jebson moves to withdraw as attorney of record for Defendants Ingvoldstad and the City of Chicago, and in support of said motion, states:

1. Defendants Ingvoldstad and City of Chicago is currently represented by multiple attorneys of record, including the undersigned. The undersigned is leaving the employment with the City of Chicago and requests leave of court to withdraw as one of the attorneys of record for the above-referenced Defendants. The above-referenced Defendants will continue to be represented by remaining counsel of record.

Wherefore, attorney Scott Jebson moves this Honorable Court to allow him leave of court to withdraw a attorney of record.

Respectfully submitted,

/s/ Scott Jebson
SCOTT JEBSON
Chief Assistant Corporation Counsel

30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
312/744-6959/Atty. No. 62252

# CERTIFICATE OF SERVICE

      I hereby certify that I have caused true and correct copies of the above and foregoing **MOTION TO WITHDRAW AS ATTORNEY OF RECORD** to be sent via e-filing to all individuals who have filed an appearance in this case pursuant to Case Management/Electronic Case Files, on June 7, 2016, in accordance with the rules on electronic filing of documents.

      /s/ Scott Jebson  
      SCOTT JEBSON  
      Chief Assistant Corporation Counsel