

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

LAKisha P. Myers



OCT - 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**Plaintiff(s)**

Case No. 14 CV 4136

V.

P.O. InGVOIDStad #5864
Guerreo #16463 Individually
and City of Chicago

**Defendant(s)**

## Prose Notice of Appeal

Notice is hereby given that Plaintiff,
LAKISHA P. MYERS, Prose, hereby
Appeals United States District Court
Northern District of Illinois, Eastern
Division Jury Verdict entered on
9/19/16 in favor of Defendant
P.O. InGVOIDStad #5864

Respectfully Submitted,
Lakisha Myers
10-5-16